# United States District Court
# For The Western District of North Carolina
# Statesville Division

AMY L. TRIVETTE,

    Plaintiff(s),                 JUDGMENT IN A CIVIL CASE

vs.                                       5:10CV8

MICHAEL J. ASTRUE,
Commissioner of Social Security

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 28, 2010 Order.

                                           Signed: September 28, 2010

Frank G. Johns, Clerk
United States District Court